# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>EDWARD ARTHUR OWENS, JR.<br><br>*Defendant(s)* | Case No.  25-MJ-991<br><br>**[UNDER SEAL]** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 20, 2025   in the county of   Allegheny   in the   Western   District of   Pennsylvania  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC § 875(c) | Transmitting in interstate or foreign commerce any communication containing a threat to injure the person of another |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/Abigail Patcher
*Complainant's signature*

Special Agent, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  05/30/2025

*Judge's signature*

City and state:   Pittsburgh, Pennsylvania   HONORABLE PATRICIA L. DODGE
*Printed name and title*