THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD ARTHUR OWENS, JR. | Magistrate No. 25-991<br><br>**[UNDER SEAL]** |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Abigail Patcher, being duly sworn, hereby depose and state the following:

**I.    INTRODUCTION**

1. This affidavit is made in support of a criminal complaint charging EDWARD ARTHUR OWENS, JR. with violating Title 18, United States Code, Section 875(c), which prohibits transmitting in interstate or foreign commerce any communication containing a threat to injure the person of another.

2. I have served as a Federal Bureau of Investigation Special Agent since July of 2011. As a Special Agent with the FBI, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18.

3. I am currently assigned to the Public Corruption and Civil Rights squad in the FBI Pittsburgh Division. In this capacity, I am charged with investigating possible violations of federal criminal law. By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including functioning as a case agent on both Public Corruption and Civil Rights investigations. I have received training and have gained experience in the conduct of federal

1

criminal investigations, the execution of federal search and seizure and arrest warrants, and the identification, collection, and review of voluminous computer-related evidence.

4. The facts set forth in this affidavit are based on my personal knowledge, the knowledge obtained during my participation in this investigation, the knowledge obtained from other individuals, including other law enforcement personnel, review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, this affidavit does not set forth each and every fact that I have learned during the course of this investigation.

5. For the reasons set forth herein, there is probable cause to believe that, on or about May 20, 2025, in the Western District of Pennsylvania, the defendant, OWENS, knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of a local public official (Victim 1). As provided below, OWENS communicated to Victim 1 via Facebook Messenger to Victim 1's personal Facebook account the following statement: "We're coming for you [emoji of person raising right hand] [German flag emoji] be afraid. Go back to Israel or better yet, exterminate yourself and save us the trouble. 109 countries for a reason. We will not stop until your kind is nonexistent."[1]

---

[1] According to the Anti-Defamation League, the reference to "109 countries" is an antisemitic claim that Jews have been expelled from 109 different countries, which antisemites use to support a call to expel Jews from other countries and otherwise to promote hatred.

2

II. **STATUTORY PROVISIONS**

6. Title 18, United States Code, Section 875(c), makes it a federal felony offense to "transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another . . . ."

III. **PROBABLE CAUSE**

7. The allegations in this criminal complaint pertain to a recent threat using electronic communication services by OWENS, who resides in the Western District of Pennsylvania.

8. On May 23, 2025, I received a true threat complaint from the Duty Agent. According to the complainant (Victim 1), the threat was directed to Victim 1's personal Facebook Messenger account. Victim 1 provided the below picture of the Facebook Messenger message Victim 1 received:



3

9. While the public display name associated with this account was "Casey Jones," this message was sent by Facebook account identifier "teddy.owens.129".

10. On May 23, 2025, I interviewed Victim 1, whose identity is known to law enforcement. According to Victim 1, Victim 1 does not know the user of this account. Victim 1 advised that the message was delivered to Victim 1's Messenger account on May 20, 2025, at approximately 7:23 p.m., but Victim 1 did not see the message until May 22, 2025. Victim 1 is a local public official, who engages regularly with the public to include attending events such as parades and other large gatherings. Victim 1 communicated to law enforcement that Victim 1 felt threatened by the message and expressed concern for Victim 1's safety as well as for the safety of those in Victim 1's office and Victim 1's home.

11. On May 23, 2025, I issued an emergency request to Meta for subscriber information associated with the Facebook screen name "Casey Jones" and username "teddy.owens.129". On May 24, 2025, I received information from Meta which provided the following Facebook account information associated with the screen name "Casey Jones" and account identifier "teddy.owens.129":

| Email Address: | Jmoney5921@gmail.com (verified) |
| | Teddy.owens.1297@facebook.com (verified) |
| Date of Birth: | MM/DD/1995[2] |

12. Additionally, Meta provided the IP address information for identifier "teddy.owens.129" from May 18, 2025, through May 23, 2025, which was provided in

---

[2] Please note that the Meta account information provided the complete date of birth associated with this account, which has been excluded from this affidavit but is known to me. As discussed herein, the date of birth contained in the account information is the same as OWENS' date of birth from other sources, including his Pennsylvania Department of Transportation records.

Coordinated Universal Time (UTC).[3] Meta provided multiple IP addresses, however the following IP addresses are specific to May 20, 2025, the date the threat was sent to Victim 1:

| IP Address | Date | Time |
|---|---|---|
| 2601:0547:c983:0f20:2ddb:c9d4:4a08:c4b8 | 2025-05-20 | 23:26:33 UTC (7:26:33 PM EDT) |
| 2601:0547:c983:0f20:f158:9576:fe20:b49b | 2025-05-20 | 18:09:59 UTC (2:09:59 PM EDT) |

13.  Based upon my training and experience, I know that Meta's Facebook social media platform utilizes data centers to process Internet activity, including Facebook Messenger activity, occurring on its platform. On May 28, 2025, I communicated with Meta's Director of Law Enforcement Outreach regarding whether Meta utilizes data centers in the Commonwealth of Pennsylvania. This individual explained that Meta maintains a listing of all its data centers in the United States on the following publicly available website: <https://datacenters.atmeta.com/us-locations/>. I accessed and reviewed this website on May 28, 2025. According to Meta, Meta does not have a data center in the Commonwealth of Pennsylvania. Accordingly, based upon my training and experience, OWENS' message to Victim 1 would have traveled in interstate commerce from Elizabeth, Pennsylvania, to a Meta data center located outside of Pennsylvania, and then from that data center to Victim 1's device containing Victim 1's Facebook Messenger application.

14.  Upon receiving the subscriber information from Meta, I determined the listed IP address resolved to Comcast. I then issued two emergency disclosure requests (EDR), one to Google Inc., for subscriber information associated with email address "jmoney5921@gmail.com" and the other to Comcast for the IP address associated with Meta.

---

[3] Eastern Daylight Time (EDT) is currently UTC minus 4.

15.     On May 24, 2025, I received subscriber information from Comcast for these IP addresses, which provided the name, address, and telephone number associated with these IP addresses. These Comcast records disclosed the specific name and address of the Comcast subscriber, which are known to me but excluded from this affidavit for privacy reasons. The subscriber address is a residential address in Elizabeth, Pennsylvania. The subscriber's name will be referred to herein as Witness 1. FBI agents interviewed Witness 1 on May 25, 2025. As discussed below, Witness 1 informed investigators that OWENS resides with Witness 1 at Witness 1's residence in Elizabeth, PA. A review of Witness 1's Facebook profile shows Witness 1 pictured with OWENS.

16.     Additionally, Google responded with subscriber information associated with Jmoney5921@gmail.com

| Name: | TED OWENS |
|---|---|
| Phone Number: | ###-###-1312[4] |

17.     In addition to the above listed IP address from the threatening communication, Meta also provided additional IP information for Facebook account teddy.owens.129. This IP information shows that Facebook account teddy.owens.129 used Witness 1's Comcast IP address as recently as May 23, 2025, the date of the request to Meta.

18.     Accordingly, I believe that OWENS is the Facebook account holder who sent this threatening communication via interstate commerce to Victim 1.

19.     Additionally, on May 25, 2025, I along with other law enforcement officers seized OWENS' cell phone from his person pursuant to a federal search warrant.[5] At the time, OWENS

---

[4] Google provided the full phone number associated with this account.
[5] The analysis of this cell phone is ongoing at the time of this affidavit.

was with Witness 1. Investigators then conducted separate voluntary interviews with Witness 1 and OWENS.

20. During OWENS' voluntary interview, he accessed his Facebook Messenger application on his phone in my presence and showed me that he knowingly utilized the Messenger application at approximately 10:13 p.m. on May 20, 2025, in connection with a Facebook Marketplace exchange. In so doing, he also located the threatening communication in his Facebook Messenger application also from May 20, 2025. He initially denied sending the threatening communication. OWENS initially claimed his Facebook account must have been hacked, but later clarified that was not the case.

21. After confronting OWENS with information regarding IP addresses associated with his Facebook account, OWENS stated that he must have been "black-out drunk" and acknowledged the message was sent from his account and said he should take responsibility for the message, even though he did not recall sending it. After the interview ended, OWENS voluntarily reapproached the agents and reiterated he wanted to take responsibility for the message because he was a drunk. He denied knowing who Victim 1 was and further denied harboring any biases or ill will towards any groups of people. He acknowledged living with Witness 1 since 2024 and indicated they are the only two people residing at the residence.

22. Witness 1 was also interviewed. Witness 1 acknowledged being in a relationship with OWENS since late spring of 2023 and living with OWENS at Witness 1's residence in Elizabeth, PA, for more than a year. Witness 1 indicated Witness 1 spent the evening of May 20, 2025, at Witness 1's residence with OWENS and did not observe him to be intoxicated.

23. Witness 1 confirmed OWENS has antisemitic views and has previously said "upsetting things" concerning Jewish people. Witness 1 stated that OWENS' antisemitic

7

comments were not frequent at first; however, his comments were becoming more frequent. For example, OWENS made statements to Witness 1 such as "Jews control everything" and "Jews control the news." At one point, while watching a video of Adolf Hitler, OWENS turned to Witness 1 and said, "He [Hitler] did not do anything wrong." OWENS follows local politics. Witness 1 also asserted that OWENS sent Witness 1 antisemitic content on social media.

24. On May 26, 2025, I received a voicemail from OWENS using the number ending in 1312 (the same number associated with his Google account). I listened to the voicemail and understood the recording to state the following:

> Hi Abigail, this is Edward Owens calling I uh just wanted to touch base with you follow up a day later here and uh, and you know I just wanted to reiterate that you know I have, I have to take responsibility for what was said on my accounts. You know I uh I have my issues and what not, and that's no excuse and uh, that you know I need to own up for what I did regardless of whether or not uh you know the state of mind I was in. I um, I need to take responsibility and um I just wanted to make sure that I reiterated that, and uh you know I do apologize I'm, I'm not an extremist of any kind. I'm not part of any groups, I'm sure you'll see that once you go through my phone. I'm just a keyboard warrior as you put it, I uh you know when you, you get in those ways of getting rage baited on line and you know you just, you lash sometimes and you say thing you don't mean, and I, I really, really messed this one up. So yea, I just, yea I wanted to reiterate again that I you know I take responsibility for what was said on my account and uh yea, I apologize. So I uh I got a got a new phone here, that's why I am able to call you off my number. So if you get this and want to talk about anything, feel free to give me a call. I'll uh I know this is your number now, so I'll, I'll be sure to answer if I see your number pop up. So again, I just uh, I wanted to, I wanted to reiterate that uh that point that uh no excuse for what I said regardless of my state of mind. It uh not something that should ever be said, and it's not something that I truly believe. So again I apologize. Um enjoy your Memorial Day, and uh talk to you soon. Bye.

## IV. CONCLUSION

25. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that EDWARD ARTHUR OWENS, JR. violated Title 18, United States Code, § 875(c).

The above information is true and correct to the best of my knowledge, information and belief.

*/s/Abigail Patcher*
Special Agent
Federal Bureau of Investigation


The Affiant attested to this Affidavit
by telephone pursuant to FRCP 4.1(b)(2)(A)
this 30th day of May, 2025.

_____
HONORABLE PATRICIA L. DODGE
United States Magistrate Judge