1544

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 25- 190 |
| v. | ) | |
| | ) | (18 U.S.C. §§ 875(c), 1001) |
| EDWARD ARTHUR OWENS, JR. | ) | |

### INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 20, 2025, in the Western District of Pennsylvania, the defendant, EDWARD ARTHUR OWENS, JR., did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another; that is, the defendant, EDWARD ARTHUR OWENS, JR., transmitted through Facebook Messenger, an Internet communication platform, a threat to Victim 1, a local public official known to the grand jury, to wit: "We're coming for you [emoji of person raising right hand] [German flag emoji] be afraid. Go back to Israel or better yet, exterminate yourself and save us the trouble. 109 countries for a reason. We will not stop until your kind is nonexistent[.]"

In violation of Title 18, United States Code, Section 875(c).

**FILED**

JUL 15 2025

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

1

## COUNT TWO

The grand jury further charges:

On or about May 30, 2025, in the Western District of Pennsylvania, the defendant, EDWARD ARTHUR OWENS, JR., in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to special agents of the Federal Bureau of Investigation, that is, the defendant, EDWARD ARTHUR OWENS, JR., stated and represented that his firearms, to wit: a .22 LR caliber rifle, an AR-15 style rifle, and a 9mm caliber Smith & Wesson pistol were then in his mother's custody, that he did not know where they were, and that he did not have access to any of them, whereas in truth and fact, the defendant, EDWARD ARTHUR OWENS, JR., well knew that his 9mm caliber Smith & Wesson pistol was still in his custody and control within the vehicle that he drove immediately prior to making the false statement, that he still had access to this pistol, and that this pistol was not in his mother's custody.

In violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Counts One and Two that, upon his conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of these offenses to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offenses, including, but not limited to:

    (a)    a Smith & Wesson, model M&P 9 Shield, 9mm caliber pistol, bearing serial number JCK8714; and

    (b)    ammunition of various calibers.

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

_____
CARL J. SPINDLER
Assistant United States Attorney
PA ID No. 325867

3