# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### CLERK OF COURT

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                             Case No.: 2:25−cr−00190−NBF

                                                                Judge Nora Barry Fischer

EDWARD ARTHUR OWENS, JR.

                              Defendant.

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF ARRAIGNMENT as to *EDWARD ARTHUR OWENS, JR.*. Arraignment set for 7/23/2025 at 09:30 AM in Courtroom 9A before Magistrate Judge Patricia L. Dodge. (ert)

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

July 16, 2025

                                                                            s/ Brandy S. Lonchena, Clerk
                                                                          s/ Erika R Thomas, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.